No. 91–886. REVES ET AL. v. ERNST & YOUNG. C. A. 8th Cir. [Certiorari granted, 502 U. S. 1090.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 91–871. BATH IRON WORKS CORP. ET AL. v. DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 1st Cir. [Certiorari granted, 503 U. S. 935.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 91–1328. CITY OF CHICAGO ET AL. v. ENVIRONMENTAL DEFENSE FUND ET AL. C. A. 7th Cir.; and

No. 91–1546. SLAGLE v. TERRAZAS ET AL. Appeal from D. C. W. D. Tex. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91–1523. FLORENCE COUNTY SCHOOL DISTRICT FOUR ET AL. v. CARTER, A MINOR, BY AND THROUGH HER FATHER AND NEXT FRIEND, CARTER. C. A. 4th Cir. Motion of National Association of State Boards of Education for leave to file a brief as *amicus curiae* granted. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 91–1527. OHIO PUBLIC EMPLOYEES DEFERRED COMPENSATION PROGRAM v. SICHERMAN, TRUSTEE. C. A. 6th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 91–1550. MCCLEARY v. NAVARRO ET UX. C. A. 9th Cir. Motion of respondents for leave to proceed *in forma pauperis* granted.

No. 91–6824. ZAFIRO ET AL. v. UNITED STATES. C. A. 7th Cir. [Certiorari granted, 503 U. S. 935.] Motion for appointment of counsel granted, and it is ordered that Kenneth L. Cunniff, Esq., of Chicago, Ill., be appointed to serve as counsel for petitioners in this case.